UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kendra Gariepy, | Case No. 22-cv-0803 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Trans Union LLC; Equifax Information Services, LLC; and Caine & Weiner Resource Management, LLC, | |
| Defendants. | |

---

Based upon the stipulation of dismissal with prejudice of Trans Union, LLC, (Dkt. 16), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the Defendant Trans Union, LCC, is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 8, 2022                                  s/Wilhelmina M. Wight
                                                       Wilhelmina M. Wright
                                                       United States District Judge